JS-6

| | |
|---|---|
| BRADFORD MCCOLL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware Corporation; WELLS FARGO HOME MORTGAGE, LLC, a California Limited Liability Company; JONATHAN CHIEN, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01962-ODW-SS<br><br>(Los Angeles Superior Court Case No. BC 610687)<br><br>**ORDER TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT CASE NUMBER BC 610687 [9]** |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  The Court, having read and considered the Parties' stipulation, and finding it
3  supported by good cause, hereby approves the stipulation and orders that the action
4  is REMANDED to the Los Angeles County Superior Court, Case Number BC
5  610687. The Clerk of this Court shall close this case.

7  **IT IS SO ORDERED.**

9  Dated: April 1, 2016

            OTIS D. WRIGHT
           UNITED STATES DISTRICT JUDGE